UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

EARL MCKAY,

    Plaintiff,

v.                              CASE NO. 3:23-cv-2366-MCR-HTC

LOWE'S HOME CENTERS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice. *See* ECF Nos. 10. Therefore, the Court hereby **DISMISSES** the above-entitled action **WITH PREJUDICE**, and the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 4th day of December 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**